447 F.2d 515
 George A. CLARK, Plaintiff-Appellant,
v.
The DIRECTOR, UNITED STATES AIR FORCE ACCOUNTING AND FINANCE
CENTER, Defendant-Appellee.
No. 71-2102 Summary Calendar.*
*Rule 18, 5 Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431
F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 Sept. 13, 1971.
 
 George A. Clark pro. se.
 Seagal V. Wheatley, U.S. Atty., Charles B. Tennison, San Antonio, Tex., for defendant-appellee.
 Appeal from the United States District Court for the Western District of Texas; John H. Wood, Jr., district Judge.
 Before COLEMAN, SIMPSON, and MORGAN, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966